

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 23, 2022

**By ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:**  *Philip Ellis Foster v. United States of America*, et al.,
        No. 22-cv-4496 (JLR)

Dear Judge Rochon:

  This Office represents Defendants the General Service Administration ("GSA"), Robin Carnahan, in her official capacity as Administrator of the GSA, the GSA's Office of Inspector General ("GSA-OIG"), Carol Fortine Ochoa, in her official capacity as Inspector General of the GSA, and the United States (together, "Defendants" or the "government") in this action brought by Plaintiff Philip Ellis Foster ("Plaintiff" or "Mr. Foster"). The government filed its Answer on December 5, 2022, and there is currently an initial pretrial conference scheduled for January 4, 2023.

  I write respectfully, with Plaintiff's consent, to request an adjournment of the conference. I make this request due to a work conflict on January 4, 2023. Potential dates for a rescheduled conference that would work for both parties are January 6, January 10, January 13, January 17, January 18, January 19, or January 20.

  Thank you for the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

BY: /s/ Mary Ellen Brennan
   MARY ELLEN BRENNAN
   Assistant United States Attorney
   Tel.: (212) 637-2652
   maryellen.brennan@usdoj.gov

The request is GRANTED. The January 4, 2023 conference is adjourned to **January 10, 2023** at **3:00 P.M.**

Dated: December 26, 2022
New York, New York

cc: Paul Koepp (by ECF)

SO ORDERED.

*/s/ Jennifer L. Rochon*
JENNIFER L. ROCHON
United States District Judge