

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 16, 2024

<u>**VIA ECF**</u>
The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

The request is GRANTED.  The conference is adjourned from July 24, 2024 to August 14, 2024 at 2:30 p.m.

Dated: July 17, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *Philip Ellis Foster v. United States of America*, *et al.*, No. 22-cv-4496 (JLR)

Dear Judge Rochon:

This Office represents defendants the General Service Administration ("GSA"), Robin Carnahan, in her official capacity as Administrator of the GSA, the GSA's Office of Inspector General ("GSA-OIG"), Robert C. Erickson, Jr., in his official capacity as Acting Inspector General of the GSA, and the United States (together, the "government") in this action in which plaintiff Philip Ellis Foster ("Plaintiff") challenges the government's seizure from a New York auction house of *Lights Across the Lake*, a painting by Maxim Lubovsky created under the Works Progress Administration's ("WPA") Federal Art Project, a public art program administered during the New Deal era.

I write respectfully, with Plaintiff's consent, to request an adjournment of the oral argument concerning the government's motion for summary judgment, which is currently scheduled for July 24, 2024, to a date convenient for the Court at least three weeks from July 24, *i.e.*, August 14 or thereafter.  This is the government's first request for an adjournment of the argument.

I make this request because ongoing significant work constraints on my docket over the past month—including a number of briefing and discovery deadlines that have previously been extended—have impacted my ability to prepare for the argument and will continue to demand a considerable amount of time over the next several weeks.  Additionally, a very close family member was unexpectedly diagnosed with a serious and ongoing medical condition this past May, which required me to take leave in June and July and will continue to require me to take leave on certain additional days this month.

If the Court grants the adjournment, I have conferred with Plaintiff regarding potential dates for an adjourned argument.  Both parties would be available on August 14-16, September 16-20, and September 25-27.  Counsel for Plaintiff would not be able to appear for oral argument on the following dates:  August 5-8, August 26-30, and September 3-11.  Counsel for the government would not be able to appear for oral argument during the week of August 19-23.

I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ *Mary Ellen Brennan*
MARY ELLEN BRENNAN
Assistant United States Attorney
Tel: (212) 637-2652
maryellen.brennan@usdoj.gov

2