**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
PHILIP ELLIS FOSTER,

                Plaintiff,

-against-                                  22 **CIVIL** 4496 (JLR)

                                                    **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2025, the Court has concluded that Foster has not proven, by a preponderance of the evidence, that he, rather than the Government, is the owner of Lights Across the Lake. Judgment is granted in favor of the Government on Plaintiff's Fifth Amendment Due Process and Takings Clause claims; accordingly, the case is closed.

**Dated:**  New York, New York

      March 21, 2025

                                                                **TAMMI M HELLWIG**
                                                                 _____
                                                                     **Clerk of Court**

                         **BY:**                      K. Mango
                                                                     _____
                                                                     **Deputy Clerk**